**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

George M. Clarke, III

                  **Plaintiff**

                          Case No.: 1:24-cv-00783-BAH

                      vs.

Internal Revenue Service

                  **Defendant**

## AFFIDAVIT OF SERVICE

I, Goldman Kinsey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and Complaint for Declamatory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/20/2024 at 1:25 PM, I served Matthew M. Graves, United States Attorney for the District of Columbia at 601 D Street, NW, Washington, DC 20004 with the Summons and Complaint for Declamatory and Injunctive Relief with Exhibits by serving Milton Pettes, Paralegal, authorized to accept service.

Milton Pettes is described herein as:

Gender: Male    Race/Skin: Black    Age: 58    Weight: 178    Height: 5'10"    Hair: Bald    Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

3/22/24
Executed On

Goldman Kinsey

Client Ref Number: N/A
Job #: 1633485

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GEORGE M. CLARKE, III. ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 1:24-cv-00783 |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
      Matthew M. Graves
      United States Attorney for the District of Columbia
      555 Fourth Street, N.W.
      Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
      Sonya C. Bishop
      Baker & McKenzie, LLP
      452 Fifth Avenue
      New York, NY 10018

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT



Date: 3/19/2024

/s/ Michele M. Grady
*Signature of Clerk or Deputy Clerk*