## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE M. CLARKE**<br>815 Connecticut Ave., N.W.<br>Washington, D.C. 20006<br><br>Plaintiff,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE**<br>1111 Constitution Avenue N.W.<br>Washington, D.C. 20224<br><br>Defendant. | Civil Action No. 1:24-cv-00783-BAH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff George M. Clarke hereby voluntarily dismisses the above-captioned action.  Defendant Internal Revenue Service has not served an answer or motion for summary judgment.  Plaintiff's notice of voluntary dismissal is with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: May 17, 2024

Respectfully submitted,

/s/ Sonya C. Bishop

Sonya C. Bishop
Bar No. NY0568
Baker & McKenzie, LLP
452 Fifth Avenue
New York, NY 10018
Phone: (332) 215-5812
Fax: (212) 310-1748
Sonya.bishop@bakermckenzie.com

*Attorney for George M. Clarke*